**FILED**
OCT 2 2 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NAME OF DEBTOR:                                   Case No. 19-00458 SMT

LUCY IMELDA ADAMS                                 Chapter 13

## OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

The above-named Debtor, respectfully objects to the Notice of Postpetition Mortgage Fees, Expenses and Charges in proof of claim filed by the creditor, Specialized Loan Servicing (SLS), and dated 9-17-2019, for the following reasons:

1. The Notice of Postpetition Fees, Expenses and Charges for Claim #5 filed by Specialized Loan Servicing LLC (Suri, Mukta), form B 410S2 in the amount of $1,100 should be denied.
2. Debtor is unable to afford an Attorney and is currently representing herself in Chapter 13 bankruptcy case.
3. The itemized Postpetition Fees, Expenses and Charges as stated in the Notice of Postpetition Fees, Expenses and Charges should be reduced.

Debtor request that the court enter an Order Sustaining the Objection to the Notice of Postpetition Fees, Expenses and Charges for Claim #5; and for such other and further relief as this Court deems necessary and proper in the circumstance.

Respectfully Submitted,

*[signature]*
Lucy I. Adams

**Fill in this information to identify the case:**

Debtor 1: Lucy Imelda Adams
aka Imelda Adams

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: _____ District of D.C. (State)

Case number: 19-00458-SMT

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 5-1

**Last four digits** of any number you use to identify the debtor's account: 5691

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney fees | Objection to Confirmation  08/06/2019 | (3) | $500.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Plan Review Fee  07/31/2019 | (5) | $600.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $1,100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     Notice of Postpetition Mortgage Fees, Expenses, and Charges     5122-N-8619

Debtor 1  __Lucy Imelda Adams__    Case Number (if known) __19-00458-SMT__
First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Signature: /s/ Mukta Suri

Date: 09/17/2019

Print: Mukta Suri
First Name  Middle Name  Last Name

Title: Authorized Agent for Specialized Loan Servicing, LLC

Company: Bonial & Associates, P.C.

Address: 14841 Dallas Parkway, Suite 425
Number  Street

Dallas, Texas  75254
City  State  ZIP Code

Contact phone  (972) 643-6600    Email  POCInquiries@BonialPC.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    5122-N-8619

**19-00458-SMT Notice to Creditors:**

**Creditor:**

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

**19-00458-SMT Notice will be electronically mailed to:**

Lucy Imelda Adams
Adams_19514@msn.com

Daniel Owen Callaghan on behalf of Creditor Specialized Loan Servicing LLC
Daniel.callaghan@bww-law.com, bankruptcy@bww-law.com

Leah C. Freedman on behalf of Creditor Specialized Loan Servicing LLC
leah.freedman@bww-law.com, bankruptcy@bww-law.com

Rebecca Herr
ecf@ch13md.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV