The order below is hereby signed.

Signed: May 27 2020



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
             UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF COLUMBIA

In re                         )
                              )
LUCY IMELDA ADAMS,            )    Case No. 19-00458
                              )    (Chapter 13)
              Debtor.         )
```

### ORDER RE DEBTOR'S OBJECTION TO SECURED CLAIM 5

On October 22, 2019, the debtor filed an objection to Secured Claim 5 (Dkt. No. 40), in which she disputed various charges, including attorney's fees, included in the proof of claim. At a hearing on May 21, 2020, Richard Rogers, counsel for creditor Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association as Trustee of Lodge Series IV Trust stated that copies of the invoices regarding these charges had been mailed to the debtor and made representations on the record as to the nature of these charges. The debtor did not dispute these representations, but still challenges a $375.00 service cost that was included in the proof of claim. Accordingly, it is

ORDERED that the objection to Secured Claim 5 (Dkt. No. 40) is overruled except as to the unresolved $375.00 service cost

item.  It is further

ORDERED that the creditor will provide further detail regarding the $375.00 service charge by June 22, 2020; that the debtor may respond by July 13, 2020; and that the creditor may reply within 7 days after the debtor's reply is docketed.

[Signed and dated above.]

Copies to: Debtor; Recipients of e-notification of filings.