The order below is hereby signed.

Signed: May 27 2020



*S. Martin Teel Jr.*
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LUCY IMELDA ADAMS, | ) | Case No. 19-00458 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

ORDER RE DEBTOR'S OBJECTION TO NOTICE OF
POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

On October 22, 2019, the debtor filed an *Objection to Notice of Post Petition Mortgage Fees, Expenses and Charges* (Dkt. No. 40), in which she disputed postpetition charges totaling $1,100. Pursuant to the hearing held on May 21, 2020, it is

ORDERED that the creditor, Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association as Trustee of Lodge Series IV Trust shall provide further detail regarding the $1,100 charge by June 22, 2020; that the debtor may respond by July 13, 2020; and that the creditor may reply within 7 days after the debtor's reply is docketed.

[Signed and dated above.]

Copies to: Debtor; Recipients of e-notification of filings.